[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

OCT 17 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*James Ray Jr.* )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
*Chicago Display* )
*Marketing* )
*Ron's Staffing* )
(Name of the defendant or defendants) )

CIVIL ACTION

1:18-cv-06982
Judge Virginia M. Kendall
Magistrate Judge Young B. Kim

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _James Ray Jr._ of the county of _Cook_ in the state of _IL_.

3. The defendant is _Chicago Display Marketing_, whose street address is _2021 West Street River Grove_ (city)_Rive Grove_(county) _Cook_ (state) _IL_ (ZIP) _60171_

(Defendant's telephone number) (_800_) – _681-4340 ext 8151_

4. The plaintiff sought employment or was employed by the defendant at (street address)
_Ron's Staffing Co._ (city) _Chicago_
(county) _Cook_ (state) _IL_ (ZIP code) _60639_

_See attached Appendix A_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Appendix A

3A. The defendant is; Ron's Staffing CO.

Street address is: 4700 W. Diversey County Cook street IL 60639 773-282-7788

4A. The plaintiff was or is a tempory employment Chicago Display Marketing.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐     was denied employment by the defendant.

    (b) ☒     was hired and is still employed by the defendant.

    (c) ☐     was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

    (month) *April* , (day) *1* , (year) *2017* .

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff  [*check one box*]  ☐ *has not*   ☒ *has*   filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)   ☒ the United States Equal Employment Opportunity Commission, on or about (month) *Jul* (day) *13* (year) *2018* .

    (ii)   ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached.   ☒ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month)_*Jul*_ (day)_*17*_ (year)_*2018*_ a copy of which

*Notice is attached to this complaint.*

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

_____See Appendix B_____

_____

_____

_____

_____

_____

14.     **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐      Direct the defendant to hire the plaintiff.

(b) ☐      Direct the defendant to re-employ the plaintiff.

(c) ☑      Direct the defendant to promote the plaintiff.

(d) ☐      Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐      Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐      Direct the defendant to (specify): _____

_____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_James Ray Jr_

(Plaintiff's name)

_James Ray Jr._

(Plaintiff's street address)

_1964 N. 19th St      APT #2_

_____

(City) _Melrose Park_ (State) _IL_ (ZIP) _60160_

(Plaintiff's telephone number) (_773_) – _459 – 7889_

Date: _10/17/18_

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2018-06631 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| James Ray, Jr. | (773) 459-7889 | 1972 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1964 N Melrose, Apt #2, Melrose Park, IL 60160 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CHICAGO DISPLAY MARKETING | 15 - 100 | (708) 842-0001 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2021 West Street, River Grove, IL 60172 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| | 04-20-2018 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was placed as a temporary worker with Respondent on or around March 21, 2016. I am currently working as a Laborer. During my employment, I have been paid less than Hispanic employees and have been giving money under the carpet. I was subjected to different terms and conditions, including, but not limited to, being reassigned and heavily scrutinized. I was subjected to and reported to Respondent sexual misconduct. Subsequently, I have been harassed.

I believe I have been discriminated against because of my race, Black, sex, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jul 13, 2018 _____ _[signature]_<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 440-2018-04787 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| James Ray, Jr. | (773) 459-7889 | 1972 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1964 N Melrose, Apt #2, Melrose Park, IL 60160 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| RON'S STAFFING COMPANY | 15 - 100 | (773) 282-7788 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4700 W Diversey Avenue, Chicago, IL 60639 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE |  |
|---|---|
| Earliest | Latest |
| | 04-20-2018 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with Respondent in or around June 2017. I am currently a temporary worker at Chicago Display Marketing Co. During my employment, I observed that Respondent only places Hispanic temporary employees at Chicago Display Marketing Co.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

JUL 13 2018

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| Jul 13, 2018 _____ *James Ray Jr* <br> Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | James Ray, Jr.<br>1964 N Melrose<br>Apt #2<br>Melrose Park, IL 60160 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

| [ ] | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |

| EEOC Charge No. | EEOC Representative | | Telephone No. |
|---|---|---|---|
| 440-2018-04787 | Alison Fisher,<br>Investigator | | (312) 869-8147 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Julianne Bowman*       7/17/18

Enclosures(s)

**Julianne Bowman,**
**District Director**       (Date Mailed)

cc: **RON'S STAFFING SERVICES CORPORATE OFFICE**
c/o Chief Executive Officer
666 Dundee Road
Suite 103
Northbrook, IL 60062

EEOC Form 161 (11/16)

## ◖. EQUAL EMPLOYMENT OPPORTUNITY ◖ MMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | James Ray, Jr.<br>1964 N Melrose<br>Apt #2<br>Melrose Park, IL 60160 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |  |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-06631 | Alison Fisher,<br>Investigator | (312) 869-8147 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____    7/17/18
Julianne Bowman,                    (Date Mailed)
District Director

Enclosures(s)

cc:    **CHICAGO DISPLAY MANUFACTURING CO.**
       c/o Jamie Binny
       President
       2021 West Street
       River Grove, IL 60172

Appendix B

2.#

My issues:

Carlos number one work over and in the woodshop room, he quit, walk off his job one morning. This happen at the end March or the middle of 2017. Carlos number one work for Ron's Staffing.

My Superial of C.D.M

Jamme: President
Mila Kulesa: VP
Juan: Plant Manager
Flace: Supervise
Nitcho: Sub Supervise

Carlos number one position was filled by Jose or J. who is a company Man at C.D.M Jose is over the wood shop room now. Why, did'nt Juan not hiring in some one new to fill Carlos position?

Appendix 13

3#

This site's Jose or Jr. position open. Here are some temporary aid workers that was here before me, Nitcho, Humberto, Wing, MeMo, Rino. All work for Ron's Staffing. Then me James Ray Jr., after me Kirky wise. We work for Elite Staffing.

Now! Should not Jose or Jr. position be filled from among us? You would think so.

Jose or Jr. the company man have his brother Victor come through Ron's Staffing. Juan have Jose or Jr. train his brother to spray paint and the work he use to do in the woodshop room. Now Victor Jose or Jr. brother have filled his position.

Is that not nepotism?

Patronage bestowed or favoritism show on the basis of family relationship, as in business or politics.

Patronage: the control of or power to make appointments to government Job's on on a basis other then merit Alone.

4#

Kirby Wise Who, also work for Elite Steffing and who have work at C.D.M, Went to Mila gn complainting and ask why did Jose brother get a Position form the door and I have being here for one year?

That's What Kirby Wise come and told me. He did not tell me when he ask Mila.

I was wondering why after two weeks Juan come on ask me Would you like to learn how to spray paint. Jose will show you.

Little did Juan X now that I already X new how to spray paint. An what Jose show me this and that it was'nt five minutes, and he walk off.

The reason why I did not say or tell Juan I X now how to spray paint I would like to be paid for spary painting.

How did I come to be in the paint department? I was Jose assistant what ever he would paint I would flip it and when it's dry's I would take it and off the rackes.

The first time I assist Jose was in the month of November. Jose need help spary painting died Juan came to me then an ask me would I like to learn how to spary paint? Or died Juan have new man come in than? No! Juan got a me who was already working as a temp aid. Octavio and Jose train him. I was work as a temp aid before Octavio.

When Juan come an ask, would I like to learn how to spray paint? Juan told me that this would be my new permanent position from now on. I told Juan thank you all very much, thank you! My first half a day I spray 72 backs with out an assist. The next day I strated late because Juan had me doing something else. I was still able to spray 76. Juan said to me that good. As we were living Juan told Victor something in spanish, I know it was about me bcuse Victor turn around and look at me. The next's Morning I knew what Juan told Victor to do. You Victor spray in the morning.

6 #

Victor come and took over my spray booth. I ask Victor what are you doing? Victor told me Juan told me to spray this morning.

Jose and his brother Victor was prepare to fight, they aspect me too, argue. I use dis- cernment and waited for Juan.

So I went on ask Flaco what do you have for me to do? Flaco said: What? You are over painting now. I said to Flaco Juan told victor to spray, I don't know what is going on.

About that time Juan walk in and he look at me, he did not look surprise if he knew something had happen. So he walk off and he come back on ask me, budy what are you doing up here, you are su- pposed to be painting.

You told Victor to paint, I said to Juan. He look at me and said come with me, so we went to the spray booth.

Juan told me again I put you over the paint department if I did not tell you to move you do not move!

Now! We are at the spary booth. What do you think Juan would ask or say to Victor? Would think Juan would have you corrected Victor or ask him, Why did you tell Ray I told you to paint? Or Ray is over the spary department.

NO! Victor go in the woodshop on work. Victor did. Juan told me to spary so I did all that day. The next day Victor and I work together as a team. So now Mila only wont's Victor and I to come in at 6 A.M. instead of 7 A.M. Ok. Now Mila wont's Victor and I to come in on Sat. 7 A.M. to 1 P.M. Ok. But guess who did not show Victor. Juan was so disappointed, I could see it in his eyes and face. This was the first time I work overtime this year. Guess what happen the next week? Juan move me to work in the woodshop room. I was doing work that Victor was train to do and he knew how too do it, so do I. I did not question Juan, Why? I went and work in the woodshop room.

Victor is life painting. A week and a half leter, Juan tell's me you will be painting next week. April 28, 2017: My reply was "yet right, are you serious." Because look with what you are doing and how you are handling this issue. I said to myself.

As of May 1, 207 I am back in the paint department. My being there is still question able, I tell Jose and Raria Juan assist, the both of them said No! I said ok what do you want me to do? I do not know they say. Juan have arrived on the seen. Raria and Jose ask in spanish? Juan say Yes! Joss and Raria look in strike!

I begin to spary backs which are 2½ × 4 or so plywood.

As usual I am worken dilig- ently at production. Jammi ask me Ray I want you to paint house. I took it as a comment. Floro told me that I am Picasso with the spary gun. Mila son Sean said I am doing a very good job.

Jerry say I am the man keep me going.

Mark give me a high five.

Mila ask and told me that she want and need a 120 backs from me a day, can you do that for me? No! probleming, I tell Mila. Are you sure Ray? Have I every let you down? I ask? Get its done she tell me.

I did 130 on Thu. On Fri 128 on Sat. I painted all the backs that was ready. There were still about 200 or so more to be painted when they were ready.

Monday May 15, 2017 I was told to paint the bases for the backs. this got off to a slow start. I had to wash and clean my gun from last week I was only able to put clean wather in it. So the gun is clean. I stir up my paint I went to get my bases, so I start to sprøy.

My gun is not sprøy right. I work with adjusting the air pressure to no avail. So I had to reclean the gun. The gun is sprøy good now.

10II

I notice Juan is watch me more thing usual. So So I begin to look back at him.

Now it is break time or break is over. I begin to spary Juan go over to Victor on tell him some thing. Victor look at me out of the corner of his eyes.

Juan tell's Victor that he is about to move me on gett me from back here.

Why did say that 10 minute later a new temp aid worker from Ross's staffing. Whom name is Carmel. He is stand behand me, I ask him can I help you do you need something?

Juan told me to watch you and learn I am going to paint.

I said what? So I go and ask Juan. what is Carmel doing stand behand me? Ohe will be paint now.

I ask Juan what am I going to do? You are going put the mold on the side for the bunker and make the bunker.

Did you not tell me that Kirby was going to do that?

Why can'nt Victor put the mold-
ing on the side for the bunker? Juan
tell me Victor have to be trained. His
is aready trained and why can'nt you
trained Carmel? I ask Juan. Juan
looking at the floor.         I tell him I
am going to talk to Mila alright go
Juan says.         I went to Mila office,
she ask me what's up? Mila I am
been short Changed, Juan have move
me to put the molding on the side
and to make the bunkers.
                              Ray
Mila says to me do not have the
time to trained Victor you have more
expérience. The bunkers have to be
mad and ship.         Guess What? They
Kirby, Nitcho, Memo, Humberto st-
arted making the bunkers wed 17,
2017. Where am I working with Flaco,
then to Cristian. I did not make one
bunker. The bunkers are still in
the Ware house.         I was off Thee—
Sat. I ask for time off to attend
my Convention. I am a servant
of the true God Jehovah.

12  #

I am back at work Mon 22, May 2017. I'm I paiating at my spary booth? No! Nor is Carmel he is not working at C.D.M. any more.

Victor and a new hispanic man, that have been work at C.D.M for about 1 month or so He spary in my place, he had to be train, train — trained! Who work for Ron'

Where am I? Working in the back of the ware house opening up boxes, unloading containers. Victor have and is fulfillen his brother position by working Painting and in the woodshop room.

One other motive Juan may have move me on May 10, 2017, At 12:47 pm. I saw Juan and caught Juan going into Raria leggings. At Juan desk.

This is not my first time almost Catchen them. Kirdy and I was ging to unload a continer we was Not talken untly we pass Jaom desk, Raria come ruring out no were Pulling up her legging pulling down her shirt.

Raria motion to me and Kir-by with hir hands up for us to stop. She come running from the side of the spray booth and between the garrage door.

The second time was at his desk. Juan was setting at his desk, Raria walk up to Juan and he went to grope hir. Juan could'nt see me because he is setting and there is a wall in front of his desk. Raria stop him becuse I was back there and said Ray, Ray. November 2016

I went to talk to Sonya about this issue. Sonya told me to go and tell Joe head H/R. I met with Joe on June 1, 2017 about 3:30 pm.  I was supposed to meet with Joe in the near future to give him this report, so that he can do an invitation.  I can not do that now, becuse C. D. M. have doing a way with C lite Staffing.  I am still work at C. D. M. I had to go through Ron's Staffing.

1#

# Appendix C

As of June 5, 2017 I am employ
by Ron's Steffing Co. 4700 W. Diversey
IL 60639 (933) 282-7788

Previous
I was employ by Elite Steffing 1615 W.
Lake Street Melrose Park, IL 60160
(708) 356 4400 (More will expand)

Elite Staffing sent me to CDM,
Chicago Display Marketing Corporation
2021 West Street River Grove, IL
60171 800-681-4340

I started at CDM
on or around the middle of March or
the beginning of April according to
my earlies check stubs 4/4/16 - 4/10/2016

The Superiors of CDM

Jammi: President
Mila Nulesa: V.P.
Juan: Plant Manager
Flaco: Supervise
Nitcho: Sub Supervise

My Objectives: Working for self or at any company, Motivated Professional seeking an advanced opportunity to utilize My extensive experience working for a progressive company.

Did I live up to my words?

Some tasks that I excel in, and were commend for: "you are a very good worker; you are doing a good job Ray moodoo." My frist tasks are in these oder.

putting Channels on bunkers shelf frist two weeks

third week drilling hold in the back bunkers panel and enlarge-ing the drilling hold, and painting the backs

This is the frist and last time Juon commend mg for been a good worker

The fourth week back to putting cha-
nnels on bunkers shelf and Mak-
ing the frame for the bunkers bases.

The fourth week was a good
week for Me, why?

Mila comm-
en for doing a good job, and ask:
is there anything that you do not Kn-
ow how to do? Are there any more
like you where you come from?
I repponse: yes you well have
to go to Mississppi to get them.

Mila tell's Me you are Not
going to be Making $10.00 An hour
any more I am give you a rise.
You are going to be making $11.00
An hour.

Thank you Vary Much
Mila, I will not let you down.
One
other thing I am given you a new
Name: Black Mexican.

4/11/16 to 4/11/16 - 4/17/16 $8:25 - 4/18/2016 to 4/24/2016 11:00



Nitcho, what is Ray new
Name? Mila tell's him in span-
ish:
        Wing, do you Know what's
is Ray new name: Balck Mexican

        Flaco, Guess what's is Ray
new name? Mila tell him: Blake
Mexican. Kirby Ray's new name
is Balck Mexican
                        The fifth week
Making the frome for the bunkers.

        By theway Making the bunkers
frames was a two men job. I
turn it into a one man job. When
Mila saw that I could them by my-
self, she ask me can I making
her two hundred aday? Yes I
responce. Did I yes!!

Months letter C. D. M had a special job for Wal Mark. These huge four sided Shelf they were about 4 X 48. Numbering the hunder "Out on time

They had to be assemble, Mila put me in the front. I ask her way. she say's: "I don't know that they well get doing".

A half Month letter Mila call me into her office, She told me to go up front with Mark ~ork and you stay up there with him and do'nt leave.

I had to help Mark with Mounting Wireing up rechargeable labtop bettery Machine

They Number in the hundca
3 to 4 X 6' 4"
Out on time

# 6

Making bunkers and bases
for bunkers, putted on graphic for bun-
kers.

Un load Containers by hand
Prepareing oders for shiper
spray paint
runing the rotors to cut Channel
in wood for modeling and the Circle
rator for cuting the corners off wood.
Runing
the teem modeling Machine for putten
the Modeling arond wood.

You would Think that CDM
would have hired or when a posit
ion open I would fill it.
A spr-
ay paint posilion open who did
CDM give it to? a outsider, where
was I place in the back of ware
house, Doing what? Opening boxes
and taken out wire chelf, that
a family of raccoons invade Uri-
nate and waste.